IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JIMMY RODGERS | § | |
| | § | |
| v. | § | NO. 1:16-CV-475 |
| | § | |
| ORION ENGINEERED CARBONS, INC. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case is assigned to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 05-07. Pending before the court is Judge Hawthorn's Report and Recommendation to deny Plaintiff Jimmy Rodgers' motion to proceed *in forma pauperis*. Doc. No. 5. No objections have been filed and the time for so doing has passed. It is therefore **ORDERED** that Rodgers' motion to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**. Rodgers shall have twenty-one (21) days after receipt of this order to pay the filing fee to the clerk of court.

So **ORDERED** and **SIGNED** this **29** day of **December, 2016.**

_____
Ron Clark, United States District Judge